# EXHIBIT H



# Filing Results

| | |
|---|---|
| **LESLIE HOFER**<br>Husch Blackwell LLP<br>190 Carondelet Plaza<br>Suite 600<br>Saint Louis, MO 63105 | Date: 08/06/2021<br>Order #: 81853464<br>Customer #: 507110<br>Reference 1: 546046-014<br>Reference 2: BanCorp South Bank - Bridgelink Eng |

**Target Name:** Bighorn Investments and Properties, LLC

**Jurisdiction:** Secretary of State, Wyoming

| Filing Type: | UCC Financing Statement | Searched Through: -- |
|---|---|---|
| Results: | See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 2021-19745122 | 08/06/2021 | Original Financing Statement |

KATIE HAREJ
UCC Team 2
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
312-288-3544
katie.harej@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# FINANCING STATEMENT

| A. NAME & PHONE OF CONTACT AT FILER (Optional) |
|---|
| WOLTERS KLUWER LIEN SOLUTIONS 8003313282 |

| B. EMAIL OF CONTACT AT FILER (Optional) |
|---|
| uccfilingreturn@wolterskluwer.com |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| LIEN SOLUTIONS<br>P O BOX 29071<br>GLENDALE, CA 91209-9071 |

This document is a representation of a filing made electronically through the Wyoming Secretary of State's web site.

EDWARD A. BUCHANAN, WY SECRETARY OF STATE
Filing Date: 8/6/2021 3:45 PM
Lapse Date: 8/6/2031 11:59 PM
Financing Statement Doc #: 2021-19745122

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## DEBTORS

1. DEBTOR'S NAME

| a. ORGANIZATION'S NAME |   |   |   |
|---|---|---|---|
| BIGHORN INVESTMENTS AND PROPERTIES, LLC |   |   |   |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

c. MAILING ADDRESS
777 MAIN STREET, SUITE 2800

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| FORT WORTH | TEXAS | 76102 | USA |

## SECURED PARTIES

1. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME |   |   |   |
|---|---|---|---|
| BANCORPSOUTH BANK |   |   |   |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |

c. MAILING ADDRESS
2800 NORTH LOOP WEST, SUITE 1000

| CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| HOUSTON | TEXAS | 77092 | USA |

COLLATERAL: This financing statement covers the following collateral:

All assets of Debtor, wherever located, and whether now owned or hereafter acquired or arising.

Check only if applicable and check only one box: Collateral is ☐ held in a Trust
☐ being administered by a Decedent's Personal Representative

Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

RECORD TYPE: UCC

DESIGNATION: Debtor / Secured Party

OPTIONAL FILER REFERENCE DATA:
WY-0-81853470

NOTE: All information on this form is public record.

FINANCING STATEMENT (Form UCC1)

Page 1 of 1
2021-19745122