# EXHIBIT I

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
LESLIE HOFER (314) 480-1500

B. E-MAIL CONTACT AT FILER (optional)
LESLIE.HOFER@HUSCHBLACKWELL.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
HUSCH BLACKWELL LLP
190 CARONDELET PLAZA
SUITE 600
ST. LOUIS, MO 63105

Delaware Department of State
U.C.C. Filing Section
Filed: 05:42 PM 08/06/2021
U.C.C. Initial Filing No: 2021 6224274
Service Request No: 20212916081

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:
1a. ORGANIZATION'S NAME: BIGHORN SAND & GRAVEL LLC
1c. MAILING ADDRESS: 777 MAIN STREET, SUITE 2800
CITY: FORT WORTH
STATE: TX
POSTAL CODE: 76102
COUNTRY: US

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME
3a. ORGANIZATION'S NAME: BANCORPSOUTH BANK
3c. MAILING ADDRESS: 2800 NORTH LOOP WEST, SUITE 1000
CITY: HOUSTON
STATE: TX
POSTAL CODE: 77092
COUNTRY: US

4. COLLATERAL: This financing statement covers the following collateral:
All assets of Debtor, wherever located, and whether now owned or hereafter acquired or arising.

8. OPTIONAL FILER REFERENCE DATA:
546046-14 (DE SOS)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)