# EXHIBIT L

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Annie Bolding 7136476884 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Annie Bolding |
| 600 Travis Street, Suite 2350 |
| Houston, TX 77002-77002 |
| USA |

**FILING NUMBER:** 21-0033944046
**FILING DATE:** 08/06/2021    04:25 PM
**DOCUMENT NUMBER:** 1070515240002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Johnson | Cord | Henry | |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 680 McClendon Walker Rd. | Aledo | TX / 76008 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BancorpSouth Bank | | | |
| OR | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2800 North Loop, Suite 1000 | Houston | TX / 77092 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
EXHIBIT A
to
UCC-1 FINANCING STATEMENT

Debtor:Secured Party:Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008
BancorpSouth Bank, as Administrative Agent
2800 North Loop West, Suite 1000
Houston, TX 77092


DESCRIPTION OF COLLATERAL

Pursuant to that certain Pledge Agreement and Irrevocable Proxy between
the Debtor and the Secured Party dated August 6, 2021 (the "Pledge Agreement"),
this Financing Statement covers all of Debtor's right, title and interest in the
following property, whether now or hereafter existing, owned or acquired by
Debtor, and wherever located, (collectively, the "Collateral"):
(a) All Pledged Interests and any other Pledged Property whether now or

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

| UCC FINANCING STATEMENT ADDENDUM |
| FOLLOW INSTRUCTIONS |

| 9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | |
|---|---|
| OR | 9a. ORGANIZATION'S NAME |
| | 9b. INDIVIDUAL'S SURNAME<br>**Johnson**<br>FIRST PERSONAL NAME<br>**Cord**<br>ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX<br>**Henry** |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| OR | 10a. ORGANIZATION'S NAME |
|---|---|
| | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)   SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| OR | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

hereafter delivered to the Secured Party in connection with the Pledge
Agreement;
(b) all Distributions, interest, and other payments and rights with
respect to such Pledged Property; and
(c) all Proceeds of the foregoing.
As used in this Description of Collateral, the following terms shall have
the following definitions:
"Equity Interests" means, with respect to any Person, (a) shares of
capital stock of (or other ownership or profit interests in) such Person, (b)
warrants, options or other rights for the purchase or acquisition from such

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT<br>☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

| UCC FINANCING STATEMENT **ADDENDUM** FOLLOW INSTRUCTIONS | |
|---|---|
| 9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | |
| OR 9a. ORGANIZATION'S NAME <br><br> 9b. INDIVIDUAL'S SURNAME **Johnson** <br> FIRST PERSONAL NAME **Cord** <br> ADDITIONAL NAME(S)/INITIAL(S) **Henry**     SUFFIX | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**4. This FINANCING STATEMENT covers the following collateral:**

Person of shares of capital stock of (or other ownership or profit interests in) such Person, (c) securities (other than Indebtedness) convertible into or exchangeable for shares of capital stock of (or other ownership or profit interests in) such Person or warrants, rights or options for the purchase or acquisition from such Person of such shares (or such other interests), (d) all other ownership or profit interests in such Person (including partnership, member or trust interests therein), whether voting or non-voting, and whether or not such shares, warrants, options, rights or other interests are outstanding on any date of determination and (e) any Security Entitlement in respect of any Equity Interest described in this definition.

"Distributions" means all dividends paid on Equity Interests, liquidating dividends paid on Equity Interests, shares (or other designations) of Equity Interests resulting from (or in connection with the exercise of) stock splits, reclassifications, warrants, options, non-cash dividends, mergers, consolidations, and all other distributions (whether similar or dissimilar to the foregoing) on or with respect to any Equity Interests constituting Collateral.

"Investment Property", "Proceeds", and "Security Entitlement" have the meaning provided in Article 8 or Article 9, as applicable, of the UCC. All references to a particular section of the UCC or the Uniform Commercial Code shall be to the appropriate section of the applicable UCC or Uniform Commercial Code (e.g., a reference to Section 9-106 of the UCC in this Pledge Agreement means, with respect to the UCC as in effect in the State of Texas, a reference to Section 9.106 of such UCC).

"Pledged Interests" means all partnership interests and membership interests or other non-corporate ownership interests of Debtor in each Pledged Interests Issuer; all registrations, certificates, articles, by-laws, regulations, partnership agreements, operating agreements, limited liability company agreements or constitutive agreements governing or representing any such interests; all options and other rights, contractual or otherwise, at any time existing with respect to such interests, as such interests are amended, modified, or supplemented from time to time, and together with any interests in any Pledged Interests Issuer taken in extension or renewal thereof or substitution therefor.

"Pledged Interests Issuer" means each of Bridgelink Engineering, LLC, Bighorn Construction and Reclamation L.L.C., and Bighorn Investments and Properties, LLC.

"Pledged Property" means all Pledged Interests, all assignments of any amounts due or to become due with respect to the Pledged Interests, all other Investment Property which are now being delivered by Debtor to the Secured Party or may from time to time hereafter be delivered by Debtor to the Secured Party for the purpose of pledge under the Pledge Agreement or any other Loan Document, as that term is defined in that certain Credit Agreement described in the Pledge Agreement, and all proceeds of any of the foregoing.

- 2 -
HOUSTON 1109621v.2


HOUSTON 1109621v.2


**FILING OFFICE COPY**