# EXHIBIT M

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8552 73

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here — JAN 27 2023 DALLAS TX

**Sent to:**
Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0103 8552 73

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here — JAN 27 2023 DALLAS TX

Sent to:
Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0103 8551 43

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

810

Sent to:
Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0103 8550 51

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 8.10 |

Postmark Here: JAN 27 2023, DALLAS TX

Sent to:
Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER: 9314 8699 0430 0103 8549 31

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 / 8.10 |

Postmark Here: JAN 27 2023, DALLAS TX

Sent to:
Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER

9314 8699 0430 0103 8553 58

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here
JAN 27 2023
DALLAS TX

Sent to:
Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9314 8699 0430 0103 8554 33

| | |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 / 2.10 |

Postmark Here: MPO USPS DALLAS TX 75260-9998 JAN 27 2023

**Sent to:**
Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

**Reference Information**

cm# 546046.14 (ls,cd)

01/27/2023

PS Form 3800, Facsimile, July 2015



January 27, 2023

**By Certified Mail CRR, Regular Mail and Email**

BRIDGELINK ENGINGEERING, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

COLE WAYNE JOHNSON
1301 Old Tin Top Rd.
Weatherford, Texas 76087
cole@bcrcompanies.com

CORD HENRY JOHNSON
680 McClendon Walker Rd.
Aledo, Texas 76008
Cord@bcrcompanies.com

Re: Credit Agreement dated August 6, 2021 by and among BRIDGELINK ENGINGEERING, LLC ("*Borrower*"), the Lenders parties thereto (each a "*Lender*"), and CADENCE BANK formerly known as BancorpSouth Bank ("*Administrative Agent*" and a "*Lender*") as amended by that certain First Amendment to Credit Agreement, dated as of December 22, 2021, that certain Second Amendment to Credit Agreement ("*Second Amendment*") dated as of March 29, 2022, and that certain Third Amendment to Credit Agreement ("*Third Amendment*") dated as of July 14, 2022 (as so amended and as may from time to time be further amended, restated or otherwise modified, the "*Credit Agreement*"). All terms not otherwise defined shall have the meaning set forth in the Agreement.

Dear Sirs:

We are writing to you in connection with the above-referenced Credit Agreement. Borrower and each Guarantor are notified as follows:

1. Borrower failed to make the interest payment due on December 31, 2022 as required by Section 3.1(c) of the Loan Agreement.

2. Borrower failed to pay the fee required as a condition of the to the effectiveness of the Third Amendment as provided for in the Third Amendment.

3. As required by Section 6.2(ii) of the Second Amendment, Borrower failed to within ten (10) Business Days after the NTP Payment Guarantee Date (as defined in the Second Amendment) Borrower shall deliver or cause to be delivered to Administrative Agent (w) a Subsidiary Joinder Agreement executed by Old Hickory Solar LLC, (x) such certificates as Administrative Agent shall reasonably require with respect to the authority of Old Hickory Solar LLC to sign the above referenced Subsidiary Joinder Agreement, (y) a UCC-3 termination statement filed with the Delaware Secretary of State with respect to the UCC-1 financing statements attached as Annex D to the Second Amendment, (z) a Confirmation of Reinstatement of Deleted Collateral executed by Borrower in the form attached hereto as Annex E of the Second Amendment.

4. Borrower has failed to pay reasonable and documented Attorney Costs of the Administrative Agent's counsel as required by Section 10.3(a) of the Credit Agreement.

Demand is made for payment of the amounts and delivery of the documents referred to above.

This notice constitutes a reminder that we require strict compliance with the Loan Documents.

Administrative Agent hereby expressly reserve all of their rights and remedies under the Loan Documents, at law and in equity.

This notice does not (A) operate as a waiver or modification of any right, remedy, power or privilege of Administrative Agent or any Lender under any of the Loan Documents or applicable law, all of which rights, remedies, powers and privileges are hereby reserved; (B) prejudice or preclude any other or further exercise of any rights, remedies, powers or privileges of Administrative Agent or any Lender under any of the Loan Documents or at law or in equity; (C) entitle you to any other notice or demand whatsoever; (D) in any way modify, impair or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to Administrative Agent or any Lender; (E) waive any breach or default under the Loan Documents, whether or not known to Administrative Agent or any Lender and whether or not stated in this letter; or (F) operate as an agreement by Administrative Agent or any Lender to forbear from exercising any remedies available to them now or in the future.

Furthermore, any failure or delay by Administrative Agent or any Lender in enforcing its rights and remedies under the Loan Documents, at law or in equity, or the acceptance from time to time by Administrative Agent or any Lender of any payments or performance on account of the obligations shall not, in any way, constitute or act as (i) a rescission or waiver of any requirements under the Loan Documents, (ii) a modification of any of the Loan Documents, (iii) an accord or satisfaction with respect to the entire amount of the obligations due under the Notes

and the other Loan Documents; or (iv) a course of dealing or course of conduct by Administrative Agent or any Lender.

        Sincerely,

        CADENCE BANK

        By: _____
        Name:  Grant Sifers
        Title:   SVP & Senior Managing Director

cc: **By Certified Mail CRR Regular Mail and Email**

    BIGHORN CONSTRUCTION AND RECLAMATION L.L.C
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention: Cord Johnson
    cole@bcrcompanies.com

    BIGHORN SAND & GRAVEL LLC
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention: Cord Johnson
    cole@bcrcompanies.com

    BIGHORN INVESTMENTS AND PROPERTIES, LLC
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention: Cord Johnson
    cole@bcrcompanies.com

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0103 8549 31

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



9314 8699 0430 0103 8549 31
RETURN RECEIPT (ELECTRONIC)

# Please Discard

```
||..|.|..|.||....|..|.|||..||..|||.........|||.|||..|          9314 8699 0430 0103 8550 51
Cole Wayne Johnson
1301 Old Tin Top Rd.                                           4.15
Weatherford, TX 76087
                                                               0.00

                                                               2.10

                                                               0.00

                                                               0.60
Reuben Rosof
Husch Blackwell LLP                                            6.85
600 Travis Street
Suite 2350                                           Cole Wayne Johnson
Houston, TX 77002                                    1301 Old Tin Top Rd.
                                                     Weatherford, TX 76087


Reuben Rosof
Husch Blackwell LLP
600 Travis Street                                    cm# 546046.14 (ls,cd)
Suite 2350
Houston, TX 77002                                    01/27/2023
```

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0103 8550 51**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

9314 8699 0430 0103 8551 43

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 76008

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



9314 8699 0430 0103 8551 43
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0103 8552 73

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

01/27/2023

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0103 8552 73**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

```
|||||||||·|||||·||·|||·||||||||||||·|||·|||||·|||·||||||·          9314 8699 0430 0103 8553 58
Bighorn Sand & Gravel LLC
Attn: Cord Johnson                                                  4.15
777 Main Street
Suite 2800                                                          0.00
Fort Worth, TX 76102
                                                                    2.10

                                                                    0.00

                                                                    0.60
Reuben Rosof
Husch Blackwell LLP                                                 6.85
600 Travis Street
Suite 2350                                              Bighorn Sand & Gravel LLC
Houston, TX 77002                                       Attn: Cord Johnson
                                                        777 Main Street
                                                        Suite 2800
Reuben Rosof                                            Fort Worth, TX 76102
Husch Blackwell LLP
600 Travis Street
Suite 2350                                              cm# 546046.14 (ls,cd)
Houston, TX 77002
                                                        01/27/2023
```

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0103 8553 58**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

```
|||||||·|··||·|·||·|·|·|||·|||||·|··|··||·|||·|||·|··|||           9314 8699 0430 0103 8554 33

Bighorn Investments and Properties, LLC
Attn: Cord Johnson                                                 4.15
777 Main Street
Suite 2800                                                         0.00
Fort Worth, TX 76102
                                                                   2.10

                                                                   0.00

                                                                   0.60
Reuben Rosof
Husch Blackwell LLP                                                6.85
600 Travis Street
Suite 2350
Houston, TX 77002                                     Bighorn Investments and Properties, LLC
                                                      Attn: Cord Johnson
                                                      777 Main Street
Reuben Rosof                                          Suite 2800
Husch Blackwell LLP                                   Fort Worth, TX 76102
600 Travis Street
Suite 2350
Houston, TX 77002                                     cm# 546046.14 (ls,cd)

                                                      01/27/2023
```

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0103 8554 33**
RETURN RECEIPT (ELECTRONIC)

# Please Discard