# EXHIBIT O

## Receipt 1 (top left)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9314 8699 0430 0105 0903 20

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

Sent to:
Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Handwritten: 8.60 / Green / DAL Wepner / CMR / 3-7-23

Reference Information
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

## Receipt 2 (top right)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9314 8699 0430 0105 0903 37

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

Sent to:
Bighorn Investments and Properties, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Handwritten: 8.60 / Green / DAL Sepner / CMR / 3-7-23

Reference Information
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

## Receipt 3 (bottom left)

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9314 8699 0430 0105 0902 07

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

Sent to:
Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

Handwritten: 8.10 / Green / DAL Sepner / CMR / 3-7-23

Reference Information
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

## Receipt 4 (bottom right)





**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9314 8699 0430 0105 0903 99

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

Sent to:
Harris Finley Bogle
Attn: James Key
777 Main Street
Suite 1800
Fort Worth, TX 76102

Handwritten: 8.10 / Green / DAL Sepner / CMR / 3-7-23

Reference Information
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER:** 9314 8699 0430 0105 0900 30

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15  3.35 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |

Postmark Here

Sent to:
810
Green
Bridgelink Engineering, LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

DAL Lideppmr
CMR
3-7-23

**Reference Information**
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

---

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER:** 9314 8699 0430 0105 0902 69

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15  3.35 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |



Postmark Here

Sent to:
810
Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Green
DAL Lideppmr
CMR
3-7-23

**Reference Information**
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015

---

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
Domestic Mail Only

**USPS® ARTICLE NUMBER:** 9314 8699 0430 0105 0901 46

| Item | Amount |
|---|---|
| Certified Mail Fee | $ 4.15  3.35 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.10 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.60 |
| Total Postage and Fees | $ 6.85 |



Postmark Here

Sent to:
810
Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

Green
DAL Lideppm
CMR
3-7-23

**Reference Information**
cm# 546046.14 (ls,cd)

3/3/23

PS Form 3800, Facsimile, July 2015



March 2, 2023

**By Certified Mail CRR, Regular Mail and Email**

BRIDGELINK ENGINEERING, LLC
777 Main Street, Suite 2800
Fort Worth, TX 76102
Attention: Cord Johnson
cole@bcrcompanies.com

COLE WAYNE JOHNSON
1301 Old Tin Top Rd.
Weatherford, Texas 76087
cole@bcrcompanies.com

CORD HENRY JOHNSON
680 McClendon Walker Rd.
Aledo, Texas 76008
Cord@bcrcompanies.com

    Re:    Credit Agreement dated August 6, 2021 by and among BRIDGELINK ENGINGEERING, LLC ("*Borrower*"), the Lenders parties thereto (each a "*Lender*"), and CADENCE BANK formerly known as BancorpSouth Bank ("*Administrative Agent*" and a "*Lender*") as amended by that certain First Amendment to Credit Agreement, dated as of December 22, 2021, that certain Second Amendment to Credit Agreement ("*Second Amendment*") dated as of March 29, 2022, and that certain Third Amendment to Credit Agreement ("*Third Amendment*") dated as of July 14, 2022 (as so amended and as may from time to time be further amended, restated or otherwise modified, the "*Credit Agreement*"); All terms not otherwise defined shall have the meaning set forth in the Credit Agreement.

Dear Sirs:

By letter dated February 8, 2023 we notified you of an occurrence of an Event of Default as a result of your failure to make the interest payment due on December 31, 2022. Please be advised that we have still not received that payment. You are hereby notified by the Administrative Agent that from and after the date of this letter, the Loans bear interest at the Default Rate.

In our view, the accordion feature referred to in the February 14, 2023 letter to us from your counsel, James Key, is not relevant to the Events of Default referred to in this letter. That said, we would be glad to discuss the accordion feature separately.

In addition to the payment default referred to in the first paragraph of this letter, there are other Events of Default under the Credit Agreement. Some of those include the following:

1. The failure of Borrower to provide financial projections within 60 days after the beginning of the Fiscal Year beginning January 1, 2023 as required by Section 6.1(g) of the Credit Agreement.

2. The failure of Borrower to provide a Borrowing Base Certificate within 30 days after the end of the months ending November 30, 2022 and December 31, 2022 as required by Section 6.1(i) of the Credit Agreement.

We expect the Borrower and the Guarantors to strictly comply with the terms of the Credit Agreement and the other Loan Documents.

Please be advised that the Lenders do not intend to extend the Maturity Date.

This correspondence constitutes formal notice (i) that the Lenders do not intend to extend the Maturity Date, (ii) of the Events of Default referred to herein ("*Existing Defaults*") and (iii) of the action taken by Administrative Agent with respect to requiring Default Interest. In addition to the Existing Defaults, other Events of Default or Defaults may exist and be continuing, and Administrative Agent expressly reserves all rights, and remedies under the Loan Documents, at law and in equity with respect thereto and otherwise.

This notice does not (A) operate as a waiver or modification of any right, remedy, power or privilege of Administrative Agent or any Lender under any of the Loan Documents or applicable law, all of which rights, remedies, powers and privileges are hereby reserved; (B) prejudice or preclude any other or further exercise of any rights, remedies, powers or privileges of Administrative Agent or any Lender under any of the Loan Documents or at law or in equity; (C) entitle you to any other notice or demand whatsoever; (D) in any way modify, impair or release any of your liabilities under or pursuant to any of the Loan Documents or any other liability that you have to Administrative Agent or any Lender; (E) waive any breach or default under the Loan Documents, whether or not known to Administrative Agent or any Lender and whether or not stated in this letter; or (F) operate as an agreement by Administrative Agent or any Lender to forbear from exercising any remedies available to them now or in the future.

Furthermore, any failure or delay by Administrative Agent or any Lender in enforcing its rights and remedies under the Loan Documents, at law or in equity, or the acceptance from time to time by Administrative Agent or any Lender of any payments or performance on account of the obligations shall not, in any way, constitute or act as (i) a rescission or waiver of any requirements under the Loan Documents, (ii) a modification of any of the Loan Documents, (iii) an accord or satisfaction with respect to the entire amount of the obligations due under the Notes and the other

Loan Documents; or (iv) a course of dealing or course of conduct by Administrative Agent or any Lender.

We request an in-person meeting with you to discuss these matters.

        Sincerely,

        CADENCE BANK

        By: _____
        Name:  Michael R. Moers
        Title:    Senior Vice President

cc:    **By Certified Mail CRR Regular Mail and Email**

    BIGHORN CONSTRUCTION AND RECLAMATION L.L.C
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention:  Cord Johnson
    cole@bcrcompanies.com

    BIGHORN SAND & GRAVEL LLC
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention:  Cord Johnson
    cole@bcrcompanies.com

    BIGHORN INVESTMENTS AND PROPERTIES, LLC
    777 Main Street, Suite 2800
    Fort Worth, TX 76102
    Attention:  Cord Johnson
    cole@bcrcompanies.com

    HARRIS FINLEY BOGLE
    777 Main Street, Suite 1800
    Fort Worth, Texas 76102
    Attention:  James Key
    jkey@hfblaw.com

Bridgelink Engineering, LLC  
Attn: Cord Johnson  
777 Main Street  
Suite 2800  
Fort Worth, TX 76102

9314 8699 0430 0105 0900 30

4.15

0.00

2.10

0.00

0.60

6.85

Reuben Rosof  
Husch Blackwell LLP  
600 Travis Street  
Suite 2350  
Houston, TX 77002

Bridgelink Engineering, LLC  
Attn: Cord Johnson  
777 Main Street  
Suite 2800  
Fort Worth, TX 76102

Reuben Rosof  
Husch Blackwell LLP  
600 Travis Street  
Suite 2350  
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof  
Husch Blackwell LLP  
600 Travis Street  
Suite 2350  
Houston, TX 77002



**9314 8699 0430 0105 0900 30**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

9314 8699 0430 0105 0901 46

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cole Wayne Johnson
1301 Old Tin Top Rd.
Weatherford, TX 76087

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



9314 8699 0430 0105 0901 46
RETURN RECEIPT (ELECTRONIC)

# Please Discard

9314 8699 0430 0105 0902 07

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Cord Henry Johnson
680 McClendon Walker Rd.
Aledo, TX 78008

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0105 0902 07**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0105 0902 69

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Construction and Reclamation L.L.C
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0105 0902 69**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

9314 8699 0430 0105 0903 20

4.15
0.00
2.10
0.00
0.60
6.85

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

Bighorn Sand & Gravel LLC
Attn: Cord Johnson
777 Main Street
Suite 2800
Fort Worth, TX 76102

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002

cm# 546046.14 (ls,cd)

3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



9314 8699 0430 0105 0903 20
RETURN RECEIPT (ELECTRONIC)

# Please Discard

‖‖‖‖‖‖·‖‖‖·‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  9314 8699 0430 0105 0903 37

Bighorn Investments and Properties, LLC
Attn: Cord Johnson                                    4.15
777 Main Street
Suite 2800                                            0.00
Fort Worth, TX 76102
                                                      2.10

                                                      0.00

Reuben Rosof                                          0.60
Husch Blackwell LLP
600 Travis Street                                     6.85
Suite 2350
Houston, TX 77002
                            Bighorn Investments and Properties, LLC
                            Attn: Cord Johnson
                            777 Main Street
Reuben Rosof                Suite 2800
Husch Blackwell LLP         Fort Worth, TX 76102
600 Travis Street
Suite 2350
Houston, TX 77002           cm# 546046.14 (ls,cd)

                            3/3/23

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0105 0903 37**
RETURN RECEIPT (ELECTRONIC)

# Please Discard

```
                          9314 8699 0430 0105 0903 99
Harris Finley Bogle
Attn: James Key                              4.15
777 Main Street
Suite 1800                                   0.00
Fort Worth, TX 76102
                                             2.10

                                             0.00

                                             0.60

Reuben Rosof
Husch Blackwell LLP                          6.85
600 Travis Street
Suite 2350                 Harris Finley Bogle
Houston, TX 77002          Attn: James Key
                           777 Main Street
                           Suite 1800
Reuben Rosof              Fort Worth, TX 76102
Husch Blackwell LLP
600 Travis Street
Suite 2350                 cm# 546046.14 (ls,cd)
Houston, TX 77002
                           3/3/23
```

Reuben Rosof
Husch Blackwell LLP
600 Travis Street
Suite 2350
Houston, TX 77002



**9314 8699 0430 0105 0903 99**
RETURN RECEIPT (ELECTRONIC)

# Please Discard