## UNITED STATES DISTRICT COURT
for the
### NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK, et al, <br><br> Plaintiff(s), <br><br> vs. <br><br> BRIDGELINK ENGINEERING, LLC, et al, <br><br> Defendant(s). | Civil Action No. <u>4:23-cv-00609-P</u> |

## RETURN OF SERVICE

Came to my hand on **Monday, June 19, 2023 at 3:18 PM**,
Executed at: **3610-2 N. JOSEY LANE, STE 223, CARROLLTON, TX 75007**
at **2:34 PM**, on **Tuesday, June 20, 2023**, by delivering to the within named:

### BRIDGELINK ENGINEERING, LLC

by delivering to its **Registered Agent, URS AGENTS, LLC**, by personally delivering to its **Authorized Employee, TERI YIN**, a true copy of this

### SUMMONS IN A CIVIL ACTION and PLAINTIFFS' ORIGINAL COMPLAINT with EXHIBITS A through O and CIVIL COVER SHEET

having first endorsed thereon the date of the delivery.

BEFORE ME, the undersigned authority, on this day personally appeared Steven J. Treni who after being duly sworn on oath states: "My name is Steven J. Treni. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Steven J. Treni - PSC 1912 - Exp 4/30/25

Subscribed and Sworn to by Steven J. Treni, Before Me, the undersigned authority, on this ____ day of June, 2023.

BRITTNEY LEIGH WOODALL
Notary Public
STATE OF TEXAS
ID#12979020-7
My Comm. Exp. Sept. 9, 2023

_____
Notary Public in and for the State of Texas

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Cadence Bank et al<br>*Plaintiff*<br>v.<br>Bridgelink Engineering, LLC et al<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:23-cv-00609-P<br>)<br>)<br>)<br>) |

## Summons in a Civil Action

**TO:** Bridgelink Engineering, LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs or the plaintiffs' attorneys, whose name and address are:

    Blake Rasner
    100 North Ritchie Road, Suite 200
    Waco , TX 76712-8544
    ***Attorney for Cadence Bank***

    John C. Leininger
    5420 LBJ Frwy, Suite 1225
    Dallas, TX 75240
    ***Attorney for Century Bank***

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 06/16/2023

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00609-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

**RETURN / AFFIDAVIT PROOF / ATTACHED**

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: