IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, § § § § | | |
| Plaintiffs, § § | | |
| v. § | Civil Action No. 4:23-cv-00609-P | |
| § | | |
| BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C. BIGHORN SAND & GRAVEL, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC § § § § § § § | | |
| Defendants. § § | | |

**NOTICE OF APPEARANCE OF LOCAL COUNSEL**
**PURSUANT TO LOCAL RULE 83.10(a)**

Pursuant to Local Rule 83.10(a), Plaintiff Cadence Bank files this Notice of Appearance of Local Counsel, Mr. Koy Killen with the law office of Killen & Dennis, P.C. Mr. Killen's principal office is located at 104 S. Main St., Burleson, TX 76028. Mr. Killen's appearance as local counsel for Plaintiff Cadence Bank satisfies the requirements of Local Rule 83.10(a).

Respectfully submitted,

By: /s/ Blake Rasner
  Blake Rasner
  Texas Bar No. 16555700
  David Shaw
  Texas Bar No. 24084641
  Grant Jones
  Texas Bar No. 24131891
  **Haley & Olson, P.C.**
  100 N. Ritchie Road, Suite 200
  Waco, Texas 76712
  Telephone: (254) 776-3336
  Email:   brasner@haleyolson.com
       dshaw@haleyolson.com
       gjones@haleyolson.com
  *Attorneys for Plaintiff Cadence Bank*

By: /s/ Koy Killen
Koy Killen
Texas Bar No. 24032628
**Killen & Dennis, P.C.**
104 S. Main Street,
Burleson, Texas 76028
Telephone: (817) 447-0053
Email:     kkillen@kdlawpc.com
*Local Counsel for Plaintiff Cadence Bank*