IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, <br><br> Plaintiffs, <br><br> v. <br><br> BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C. BIGHORN SAND & GRAVEL, LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:23-cv-00609-P |

**CERTIFICATE OF INTERESTED PERSONS/ DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Cadence Bank f/k/a BancorpSouth Bank ("Cadence Bank") discloses that it is a publicly traded company with no corporate parent. The Vanguard Group, Inc. owns 10% or more of Cadence Bank's stock. In addition, Blackrock, Inc.'s ownership of Cadence Bank stock is very close to the 10% threshold and moves above and below the 10% threshold on a quarter-to-quarter basis.

Respectfully submitted,

By: /s/ Blake Rasner
Blake Rasner
Texas Bar No. 16555700
David Shaw
Texas Bar No. 24084641
Grant Jones
Texas Bar No. 24131891
**Haley & Olson, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Email:   brasner@haleyolson.com
         dshaw@haleyolson.com
         gjones@haleyolson.com

*Attorneys for Plaintiff Cadence Bank*