IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, § § § § Plaintiffs, § § v. § § BRIDGELINK ENGINEERING, LLC, § COLE WAYNE JOHNSON, CORD § HENRY JOHNSON, BIGHORN § CONSTRUCTION AND RECLAMATION, § L.L.C., BIGHORN SAND & GRAVEL § LLC, BIGHORN INVESTMENTS AND § PROPERTIES, LLC § § Defendants. § | Civil Action No. 4:23-cv-00609-P |

## **CENTURY BANK'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.1(c), Century Bank files this Certificate of Interested Persons and respectfully submits that the following persons and entities may have a financial interest in the outcome of this litigation:

1. Plaintiff Century Bank, which is a wholly owned subsidiary of Century Financial Services Corporation, a privately owned New Mexico Corporation.

2. Plaintiff Cadence Bank f/k/a Bancorp South.

3. Defendants Bridgelink Engineering, LLC, Cole Wayne Johnson, Cord Henry Johnson, Bighorn Construction and Reclamation, L.L.C., Bighorn Sand & Gravel, and Bighorn Investments and Properties, LLC.

Respectfully submitted,

*/s/ John C. Leininger*
Kevin T. Schutte
Texas Bar No. 24033050
John C. Leininger
Texas Bar No. 24007544
Otteson Shaprio, LLCP
5420 LBJ Freeway, Suite 1225
Dallas, Texas 75240
Telephone: (214) 377-0146
Email: kschutte@os.law
jcl@os.law

***Attorneys for Century Bank***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following by First Class United States Mail postage prepaid on this 21st day of August, 2023.

John Giardino
Pryor Cashman LLP
7 Times Square
New York, NY 10036

Jason M. Klein
Vikesh N. Patel
Kearney, McWilliams & Davis
55 Waugh Drive, Suite 150
Houston, TX 77007

Rebecca Eaton
Kearney, McWilliams & Davis
1235 S. Main Street, Suite 280
Grapevine, TX 76051

*/s/ John C. Leininger*
John C. Leininger