TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

RECEIVED SEP 12 2023 CLERK U.S. DISTRICT NORTHERN

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-cv-00609-P |
| v. | § | Case Number |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Cadence Bank
*Party Name*

Plaintiff
*Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Blake Rasner

Printed Name: Blake Rasner

Bar Number (if attorney): 16555700

Telephone Number: 254-776-3336

E-mail Address: brasner@haleyolson.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

RECEIVED
SEP 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| v. | § | 4:23-cv-00609-P |
| | § | Case Number |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Cenutry Bank                                   Plaintiff
*Party Name*                                   *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ John C. Leininger
Printed Name: John C. Leininger
Bar Number (if attorney): 24007544
Telephone Number: 469-397-4825
E-mail Address: jcl@os.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.