TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

RECEIVED
SEP 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-cv-00609-P |
| v. | § | Case Number |
| | § | |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Party Name: Bighorn Construction and Reclamation, LLC

Party Role (Plaintiff or Defendant): Defendant

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff
Printed Name: Benjamin Pendroff
Bar Number (if attorney): 24094893
Telephone Number: 214-258-4128
E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

RECEIVED
SEP 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-cv-00609-P |
| v. | § | Case Number |
| | § | |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Bighorn Investments and Properties LLC      Defendant
*Party Name*                                  *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff

Printed Name: Benjamin Pendroff

Bar Number (if attorney): 24094893

Telephone Number: 214-258-4128

E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| | § | |
| v. | § | 4:23-cv-00609-P |
| | § | Case Number |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

RECEIVED SEP 12 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Bighorn Sand and Gravel LLC
*Party Name*

Defendant
*Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff

Printed Name: Benjamin Pendroff

Bar Number (if attorney): 24094893

Telephone Number: 214-258-4128

E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-cv-00609-P |
| v. | § | Case Number |
| | § | |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

RECEIVED SEP 12 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Bridgelink Engineering LLC       Defendant
*Party Name*                     *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff
Printed Name: Benjamin Pendroff
Bar Number (if attorney): 24094893
Telephone Number: 214-258-4128
E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cadence Bank, et al. | § | |
| Plaintiff | § | |
| v. | § | 4:23-cv-00609-P |
| | § | Case Number |
| | § | |
| Bridgelink Engineering, LLC, et al. | § | |
| Defendant | § | |

RECEIVED SEP 12 2023 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Cole Wayne Johnson    Defendant
*Party Name*    *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff
Printed Name: Benjamin Pendroff
Bar Number (if attorney): 24094893
Telephone Number: 214-258-4128
E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

TXND (November 2019) – Notice and Election Regarding Consent to Proceed Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Cadence Bank, et al. §
Plaintiff §
 §
v. § 4:23-cv-00609-P
 § Case Number
 §
Bridgelink Engineering, LLC, et al. §
Defendant §

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Cord Henry Johnson      Defendant
*Party Name*            *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/08/2023

Signature: /s/ Benjamin Pendroff
Printed Name: Benjamin Pendroff
Bar Number (if attorney): 24094893
Telephone Number: 214-258-4128
E-mail Address: bpendroff@btlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.



**OTTESON SHAPIRO LLP**
5420 LBJ Freeway, Suite 1225
Dallas, Texas 75240



NORTH TEXAS TX P&DC
DALLAS TX 750
9 SEP 2023    PM 6



RECEIVED
SEP 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

76102-975999