UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CADENCE BANK ET AL.**,

   Plaintiffs,

v.                         No. 4:23-cv-00609-P

**BRIDGELINK ENGINEERING, LLC ET AL.**,

   Defendants.

## ORDER

Before the Court is Plaintiff's Complaint (ECF No. 1). After reviewing the Complaint, the record, and applicable law, the Court concludes that the Complaint is hereby **REFERRED** to United States Magistrate Judge Jeffrey Cureton for consideration.

It is therefore **ORDERED** that the above-captioned case is reassigned to United States Magistrate Judge Jeffrey Cureton for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(1), with any appeal therefrom taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

The Court **DIRECTS** the Clerk of Court update the docket sheet accordingly to reflect the reassignment of this case to Magistrate Judge Cureton.

All further documents filed in this case shall reflect the appropriate referral case number.

**SO ORDERED** on this **18th day of September 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE