IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CADENCE BANK, et al,** § § | |
| *Plaintiffs* § § | |
| v. § | **CIV. ACT. NO. 4:23-cv-00609-BJ** |
| § | |
| **BRIDGELINK ENGINEERING, LLC et al,** § § | |
| *Defendants* § | |

## NON-PARTY MOVANTS' MOTION TO STRIKE AS COUNSEL OF RECORD

Pursuant to the Court's direction, non-parties Benjamin T. Pendroff and Barnes & Thornburg LLP (together, "Movants") file this Motion to strike Benjamin T. Pendroff and Barnes & Thornburg LLP as counsel of record in this action. It has come to Movants' attention that both the Joint Report Regarding Scheduling Conference (ECF 15) and the Notice and Election Regarding Consent to Proceed Before a Magistrate Judge (ECF 16-1) inadvertently included Movants' signature and signature block as counsel for Defendants Bighorn Construction and Reclamation, LLC, Bighorn Investments and Properties LLC, Bighorn Sand and Gravel LLC, Bridgelink Engineering, LLC, Cole Wayne Johnson, and Cord Henry Johnson. For clarity, neither Benjamin T. Pendroff nor any other attorney at Barnes & Thornburg LLP is, or has been, counsel of record in this action. Accordingly, Movants respectfully request that the Court strike Benjamin T. Pendroff and Barnes & Thornburg LLP as counsel of record in this action and remove Movants from the docket and all notifications going forward. Movants further request that the Court direct the parties to this action to amend ECF documents 15 and 16-1 accordingly. Movants also request all other relief to which they may be entitled.

## PRAYER

For the reasons stated above, Movants Benjamin T. Pendroff and Barnes & Thornburg LLP

1

respectfully request that the Court grant this Motion in its entirety, strike Movants' names from the record, remove Movants from the docket and all future notifications, and direct the parties to amend ECF documents 15 and 16-1 accordingly.  Movants further request all other relief to which they may be entitled at law or equity.

Dated: September 22, 2023

                                                Respectfully submitted,

                                                **BARNES & THORNBURG LLP**

                                                */s/ Benjamin T. Pendroff*
                                                Benjamin T. Pendroff
                                                Bar No. 24094893
                                                bpendroff@btlaw.com
                                                2121 N. Pearl Street, Suite 700
                                                Dallas, TX 75201-2469
                                                (214) 258-4200 (Telephone)
                                                (214) 258-4199 (Facsimile)

                                                ***Non-party movants***

## CERTIFICATE OF SERVICE

     I, Benjamin T. Pendroff, hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record through the ECF filing system on September 22, 2023.

                                                */s/Benjamin T. Pendroff*
                                                Benjamin T. Pendroff