# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **CADENCE BANK, et al,** § | |
| § | |
| *Plaintiffs* § | |
| § | |
| v. § | **CIV. ACT. NO. 4:23-cv-00609-BJ** |
| § | |
| **BRIDGELINK ENGINEERING, LLC et al,** § | |
| § | |
| *Defendants* § | |

## ORDER

ON THIS DAY CAME TO BE HEARD the Non-Party Movants' Motion to Strike Counsel of Record [ECF 18] (the "Motion"). The Court, after considering the Motion, is of the opinion that Non-Party Movants' Motion to Strike Counsel of Record should be, and hereby is, GRANTED in its entirety.

IT IS ORDERED that the Clerk of the Court shall strike Movants Benjamin T. Pendroff and Barnes & Thornburg LLP from the record and remove Movants Benjamin T. Pendroff and Barnes & Thornburg LLP from the docket and all future notifications. IT IS FURTHER ORDERED that the parties shall amend ECF documents 15 and 16-1 in accordance with this Order within fourteen (**14**) days.

Signed this _____ day of _____, 2023.

_____
JUDGE PRESIDING