# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CADENCE BANK, et al., § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-609-BJ |
| § | |
| BRIDGELINK ENGINEERING, LLC, et al., § | |
| Defendants. § | |

## ORDER GRANTING MOTION TO STRIKE AND ORDER TO SHOW CAUSE

Pending before the Court is non-parties Benjamin T. Pendroff and Barnes & Thornburg LLP (collectively "Movants")'s Motion to Strike ("Motion") [doc. 18]. In their Motion, Movants ask the Court to strike the Joint Status Report [doc. 15] and Notice of Parties' Consent to Proceed Before the Magistrate Judge [doc. 16]. For the reasons stated therein, the Court **GRANTS** Movants' Motion to Strike [doc. 18]. It is therefore **ORDERED** that the Joint Status Report [doc. 15] and Notice of Parties' Consent to Proceed Before the Magistrate Judge [doc. 16] are struck and unfiled. It is further **ORDERED** that Movants be removed as council of record in this matter.

Furthermore, it is hereby **ORDERED** that the parties shall, **no later than September 27, 2023**, either: (1) file an amended Joint Status Report and Notice of Parties' Consent to Proceed Before the Magistrate Judge—*signed by the attorneys who actual represent the parties in this case*; or (2) show cause, in writing, as to why this case should not be returned to Judge Pittman. Failure to comply timely with this Order may result in appropriate sanctions.

SIGNED September 22, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

1