# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CADENCE BANK, et al._____ | § |
| Plaintiff | § |
| | § |
| v. | §   4:23-CV-00609-BJ_____ |
| | §   Case Number |
| | § |
| BRIDGELINK ENGINEERING, LLC__ | § |
| Defendant | § |

## AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

CADENCE BANK_____     PLAINTIFF_____
*Party Name*                          *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023_____        Signature: /s/ Blake Rasner_____

                                      Printed Name: Blake Rasner_____

                                      Bar Number (if attorney): 16555700_____

                                      Telephone Number: (254) 776-3336_____

                                      E-mail Address: brasner@haleyolson.com_____

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CADENCE BANK, et al. § | |
| Plaintiff § | |
| § | |
| v. § | 4:23-CV-00609-BJ |
| § | Case Number |
| § | |
| BRIDGELINK ENGINEERING, LLC § | |
| Defendant § | |

## AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

Party Name: CENTURY BANK

Party Role (Plaintiff or Defendant): PLAINTIFF

☑ waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

☐ acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ John C. Leininger
Printed Name: John C. Leininger
Bar Number (if attorney): 24033050
Telephone Number: (469) 397-4830
E-mail Address: jcl@os.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.