# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CADENCE BANK, et al. §
Plaintiff §
§
v. § 4:23-CV-00609-BJ
§ Case Number
§
BRIDGELINK ENGINEERING, LLC §
Defendant §

### AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C.          DEFENDANT
*Party Name*                                          *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel
Printed Name: Vikesh N. Patel
Bar Number (if attorney): 24124350
Telephone Number: (713) 936-9620
E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CADENCE BANK, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-CV-00609-BJ |
| v. | § | Case Number |
| | § | |
| BRIDGELINK ENGINEERING, LLC | § | |
| Defendant | § | |

### AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

BIGHORN INVESTMENTS AND PROPERTIES LLC          DEFENDANT
*Party Name*                                    *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel

Printed Name: Vikesh N. Patel

Bar Number (if attorney): 24124350

Telephone Number: (713) 936-9620

E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CADENCE BANK, et al. §
Plaintiff §
 §
v. § 4:23-CV-00609-BJ
 § Case Number
 §
BRIDGELINK ENGINEERING, LLC §
Defendant §

### AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

BIGHORN SAND & GRAVEL LLC          DEFENDANT
*Party Name*                        *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel
Printed Name: Vikesh N. Patel
Bar Number (if attorney): 24124350
Telephone Number: (713) 936-9620
E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CADENCE BANK, et al. | § | |
| Plaintiff | § | |
| | § | 4:23-CV-00609-BJ |
| v. | § | Case Number |
| | § | |
| BRIDGELINK ENGINEERING, LLC | § | |
| Defendant | § | |

### AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

BRIDGELINK ENGINEERING, LLC — *Party Name*

DEFENDANT — *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel

Printed Name: Vikesh N. Patel

Bar Number (if attorney): 24124350

Telephone Number: (713) 936-9620

E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CADENCE BANK, et al.<br>Plaintiff<br><br>v.<br><br>BRIDGELINK ENGINEERING, LLC<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>4:23-CV-00609-BJ<br>Case Number |

## AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

COLE WAYNE JOHNSON
*Party Name*

DEFENDANT
*Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel

Printed Name: Vikesh N. Patel

Bar Number (if attorney): 24124350

Telephone Number: (713) 936-9620

E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CADENCE BANK, et al. §
Plaintiff §
 §
v. § 4:23-CV-00609-BJ
 § Case Number
 §
BRIDGELINK ENGINEERING, LLC §
Defendant §

### AMENDED NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

CORD HENRY JOHNSON
*Party Name*

DEFENDANT
*Party Role (Plaintiff or Defendant)*

☑ waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

☐ acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 09/27/2023

Signature: /s/ Vikesh N. Patel
Printed Name: Vikesh N. Patel
Bar Number (if attorney): 24124350
Telephone Number: (713) 936-9620
E-mail Address: vpatel@kmd.law

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.