IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:23-cv-00609-BJ
2. Style of case: CADENCE BANK, et al, v. BRIDGELINK ENGINEERING, LLC, et al.
3. Nature of suit: Contract
4. Method of ADR used: ✓ Mediation ☐ Mini-Trial ☐ Summary Jury Trial
5. Date ADR session was held: February 22, 2024
6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.  ☐ Settled, in part, as a result of ADR.
   ☐ Settled as a result of ADR.  ✓ Parties were unable to reach settlement.
   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $6,000.00
8. Duration of ADR: Full Day  (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   1. John Leininger - Plaintiff's Counsel
   2. Tom Lilly - Plaintiff's Representative
   3. John Brichetto - Plaintiff's Representative
   4. Blake Rasner - Plaintiff's Counsel
   5. Grant Jones - Plaintiff's Counsel
   6. Charles Pignuolo - Plaintiff's Representative
   7. Cole Johnson - Defendant
   8. Vikesh Patel - Defendant's Counsel
   9. Cord Johnson - Defendant

   *Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    *[Signature]*
    Signature

    Feb 22, 2024
    Date

    12720 Hillcrest Rd., Suite 1042 Dallas, TX 75230
    Address

    682-313-9656
    Telephone

# Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Blake Rasner

Firm: Haley & Olson, P.C.

Address: 100 N. Ritchie Road, Ste 200

Waco, TX 76712

Phone: 254-776-3336

Name: John C Leininger

Firm: Otteson Shapiro LLP

Address: 4851 Lyndon B Johnson Fwy Ste 650

Dallas, TX 75244

Phone: 214-619-8325

Name: Marshall Grant Jones

Firm: Haley & Olson, P.C.

Address: 100 N. Ritchie Road Ste 200

Waco, TX 76712

Phone: 254-776-3336

Name: Vikesh Navnit Patel

Firm: Kearney, McWilliams & Davis, PLLC

Address: 55 Waugh #150

Houston, TX 77007

Phone: 713-936-9620

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: