IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGELINK ENGINEERING, LLC; COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C.; BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§  Civil Action No 4:23-CV-00609-BJ |

## APPENDIX TO PLAINTIFFS'
## BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | **Documents:** | **Pages:** |
|---|---|---|
| Exhibit A | Affidavit of Colton Poindexter, with the following attachments (Exhibits A-1 to A-8) | APP. 001-010 |
| Exhibit A-1 | Credit Agreement dated August 6, 2021, executed by the Banks as Lenders, and Bridgelink, as borrower, under which Bridgelink borrowed $34,000,000.00 from the Banks. | APP. 011-199 |
| Exhibit A-2 | Revolving Loan Note dated August 6, 2021, executed by Bridgelink and delivered to Cadence in the principal amount of $20,000,000.00. | APP. 200-203 |
| Exhibit A-3 | Revolving Loan Note Dated August 6, 2021, executed by Bridgelink and delivered to Century in the principal amount of $14,000,000.00. | APP. 204-207 |

| | | |
|---|---|---|
| Exhibit A-4 | Guarantee Agreement between Bridgelink, Bighorn Construction, Bighorn Sand, and Bighorn Investments and Cadence as administrative agent dated August 6, 2021. | APP. 208-221 |
| Exhibit A-5 | Guarantee Agreement between Bridgelink, Cole Johnson, Cord Johnson, and Cadence as administrative agent dated March 29, 2022. | APP. 222-238 |
| Exhibit A-6 | Notice of Default and Demand for Payment dated January 27, 2023. | APP. 239-254 |
| Exhibit A-7 | Notice of Default and Demand for Payment dated February 8, 2023. | APP. 255-264 |
| Exhibit A-8 | Notice of Default and Demand for Payment dated March 2, 2023. | APP. 265-276 |
| Exhibit B | Declaration of Blake Rasner, with the following attachment (Exhibit B-1). | APP. 277-281 |
| Exhibit B-1 | Attorneys' Fees Invoices from Haley Olsen PC. | APP. 282-342 |
| Exhibit C | Declaration of John Leininger, with the following attachment (Exhibit C-1). | APP. 343-347 |
| Exhibit C-1 | Attorneys' Fees Invoices from Otteson Shapiro LLP | APP. 348-375 |

Respectfully submitted,

**OTTESON SHAPIRO LLP**

By: */s/ John C. Leininger*
    John C. Leininger
    Texas Bar No. 24007544
    jcl@os.law

4851 Lyndon B Johnson Freeway, Suite 650
Dallas, Texas 752404
Telephone: (214) 619-8325

**ATTORNEYS FOR PLAINTIFF CENTURY BANK**

and

**HALEY & OLSON PC**

    Blake Rasner
    Texas Bar No. 16555700
    brasner@haleyolson.com
    David Shaw
    Texas Bar No. 24084641
    dshaw@haleyolson.com
    Marshall Grant Jones
    Texas Bar No. 24131891
    grant.jones@haleyolson.com

100 N. Ritchie Road, Suite 200
Waco, Texas 76712

**ATTORNEYS FOR CADENCE BANK**

### CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: */s/ John C. Leininger*
    John C. Leininger