IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CADENCE BANK, et al.** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civ. Action No. 4:23-CV-00609-BJ |
| **BRIDGELINK ENGINEERING, LLC, et al.** | § § § | |
| **Defendants** | § | |

## DEFENDANTS' RESPONSE
## TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, in the above styled and numbered cause of action, and file this, their Response to Plaintiffs' Motion for Summary Judgment, and, in support of same, would respectfully show the following:

1. Multiple genuine issues of material fact exist as to preclude all of Plaintiffs' requested relief. Plaintiffs are not entitled to summary judgment pursuant to Fed. R. Civ. P. 56(a).

2. Pursuant to Local Rule 56.3(b) of the Local Rules of the Northern District of Texas, Defendants set out the arguments, authorities, and all other matters required by Local Rule 56.3(a) in its Brief in Support of Response to Motion for Summary Judgment, filed concurrently with this Motion. All supporting evidence and materials are contained in an Appendix of Evidence, also filed concurrently with this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff's motion for summary judgment be denied, and request all other relief, at law or in equity, to which then may be justly entitled.

Respectfully submitted,

/s/ *Stacey L. Barnes*
Stacey L. Barnes
SBN: 24006800
sbarnes@kmd.law
Bradley A. Nevills
SBN: 24083561
bnevills@kmd.law
Vikesh N. Patel
SBN: 24124350
vpatel@kmd.law
KEARNEY, MCWILLIAMS & DAVIS, PLLC
55 Waugh Drive, Suite 150
Houston, Texas 77007
Tel: 713-936-9620, ext. 123
Fax: 281-206-0481
***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the April 22, 2024, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record and/or pro se parties, by means of the Court's electronic filing system, in accordance with the Rules of Civil Procedure.

                                             */s/Stacey L. Barnes*
                                             Stacey L. Barnes