**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **CADENCE BANK, et al.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| **v.** § | **CIVIL ACTION NO. 4:23-CV-00609-BJ** |
| § | |
| **BRIDGELINK ENGINEERING, LLC, et al.,** § | |
| § | |
| *Defendant.* § | |

## ORDER TO SHOW CAUSE

On April 24, 2024, Defendants filed a motion for leave to file an amended response [doc. 45]. On April 25, 2024, the Court granted Defendants' motion and ordered that "Defendants shall file their Amended Response and Appendix on or before Monday, April 29, 2024." (ECF 46). As of the date of this order, Defendants have not complied with the Court's above-referenced Order requiring them to file their Amended Response and Appendix.

Accordingly, it is **ORDERED** that the Defendants either: (1) file their Amended Response and Appendix **on or before Monday, May 6, 2024**; or (2) show cause, in writing, **no later than May 6, 2024**, as to why they have not complied with the order of this Court. Failure to comply timely with this order may result in appropriate sanctions, including entry of dismissal or default judgment without further notice.

It is further **ORDERED** that Plaintiffs shall have fourteen days from the date Defendants' Amended Response is filed to file their reply.

SIGNED May 2, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE