IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, *Plaintiffs*, | § § § § § | |
| v. | § § | Civil Action No 4:23-CV-00609-BJ |
| BRIDGELINK ENGINEERING, LLC; COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C.; BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC, *Defendants*. | § § § § § § § § § § | |

**AMENDED APPENDIX TO DEFENDANTS'
BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description of Instrument | Pages |
|---|---|---|
| Exhibit A | Declaration of Cord Johnson | APP. 001 - 005 |
| Exhibit A-01 | Email Re: Strong disagreement with personal guarantee dated 07/15/21 | APP. 006 - 007 |
| Exhibit A-02 | **Original CREDIT Agreement** dated 08/06/21 | APP. 008 - 191 |
| Exhibit A-04 | Email Re: Introduction to Community Bank of Texas dated 09/03/21 | APP. 192 - 193 |
| Exhibit A-05 | Email Re: Introduction to Veritax Bank and Trustmark Bank dated 09/21/21 | APP. 194 - 195 |
| Exhibit A-06 | Email Re: First in-person meeting dated 09/16/21 | APP. 196 |
| Exhibit A-07 | Email highlighting pulled in different directions from merger dated 09/23/21 | APP. 197 - 198 |
| Exhibit A-08 | Email Re: 1st in person meeting Oct. 7 dated 10/05/21 | APP. 199 |

| Exhibit A-08.1 | Email Re: Bancorp South presentation dated 10/12/21 | APP. 200 - 219 |
| --- | --- | --- |
| Exhibit A-09 | Email Re: Outlining accordion features to other banks dated10/22/21 | APP. 220 |
| Exhibit A-10 | Email Re: Introduction to Regions Bank dated10/28/21 | APP. 221 - 223 |
| Exhibit A-12 | Email Re: Minimum liquidity waived dated 03/09/22 | APP. 224 - 225 |
| Exhibit A-13 | Email Re Rolling off after 2 consecutive quarters in compliance, Guaranty and 2nd Amended Credit Agreement dated 03/29/22 | APP. 226 -254 |
| Exhibit A-14 | Email Re PG Roll Off Roll Off | APP. 254 - 277 |
| Exhibit A-15 | Email Re: Completed field audit dated 05/04/22 | APP. 278 - 279 |
| Exhibit A-16 | Email Re: 2022 Q1 compliance dated 05/13/22 | APP. 280 - 310 |
| Exhibit A-17 | Email Re: 2022 Q1 compliance receipt 07/22/22 | APP. 311 - 321 |
| Exhibit A-18 | Email Re: 2022 Q2 compliance dated 08/15/22 | APP. 322 - 353 |
| Exhibit A-19 | Email Re: 2022 Q2 compliance receipt 08/15/22 | APP. 354 - 355 |
| Exhibit A-20 | Credit letter email | APP. 356 - 358 |
| Exhibit A- 11 | First Amended Credit Agreement | APP. 359 - 367 |

Respectfully submitted,

KEARNEY, MCWILLIAMS & DAVIS

By: /s/ *Vikesh Patel*
Vikesh N. Patel
vpatel@kmd.law
Stacey L. Barnes
sbarnes@kmd.law
Bradley A.. Nevills
bnevills@kmd.law
55 Waugh Drive #150
Houston, Texas 77007
(888) 855-1276
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: /s/ *Vikesh Patel*
Vikesh N. Patel