**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **CADENCE BANK, et al.,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:23-CV-00609-BJ** |
| § | |
| **BRIDGELINK ENGINEERING, LLC, et al.,** § | |
| § | |
| *Defendant.* § | |

### ORDER TO FILE SUR-REPLY, RESPONSE TO MOTION TO STRIKE, AND TO SHOW CAUSE

Pending before the Court is Plaintiffs Cadence Bank ("Cadence") and Century Bank ("Century") (collectively "Plaintiffs")' Motion for Summary Judgment [doc. 35], filed April 1, 2024. On May 10, 2024, Plaintiffs filed their reply brief in conjunction with a Motion to Strike [doc. 50]. In their reply, Plaintiffs raised new arguments regarding Defendants' affirmative defenses. Accordingly, the Court finds that it is appropriate for Defendants to file a sur-reply. Consequently, the Court **ORDERS** Defendants to file a sur-reply addressing Plaintiffs' arguments against their affirmative defenses **on or before 5:00 p.m., Wednesday, May 22, 2024**.

Additionally, having reviewed Plaintiffs' Motion to Strike, the Court is troubled by Defendants alleged discovery abuses. Therefore, it is **ORDERED** that Plaintiffs shall file—separate from the sur-reply—a response to the Motion to Strike **on or before 5:00 p.m., Wednesday, May 22, 2024**. In their response, Defendants shall also show cause as to why the undersigned should not impose additional sanctions to the ones requested in Plaintiffs' Motion to Strike.

SIGNED May 13, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE