IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CADENCE BANK, et al.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-609-BJ |
| | § | |
| **BRIDGELINK ENGINEERING, LLC, et al.,** | § | |
| | § | |
| *Defendant*. | § | |

## ORDER SETTING HEARING

Pending before the Court is Plaintiffs' Motion for Summary Judgment [doc. 35], filed April 1, 2024; and Motion to Strike [doc. 50], filed May 10, 2024. On May 13, 2024, the Court ordered Defendants to file a sur-reply to the Motion for Summary Judgment and a response to the Motion to strike on or before May 22, 2024. (ECF No. 53). Additionally, in that Order, the Court ordered Defendants to "show cause as to why the undersigned should not impose additional sanctions to the ones requested in Plaintiffs' Motion to Strike." (*Id.*) Defendants' filed the ordered sur-reply and response on May 22, 2024. Having reviewed those documents, the Court finds that it is necessary to hold a hearing on these motions.

Based on the foregoing, it is **ORDERED** that all parties and counsel appear before this Court **at 9:30 a.m. on Thursday, May 30, 2024**, at the Eldon B. Mahon U.S. Courthouse, 501 West 10th Street, Room 508, Fort Worth, Texas 76102 for a hearing on Plaintiffs' motions. Additionally, Defendants shall come prepared to show cause as to why the Court should not impose sanctions for the alleged discovery abuses in this case.

SIGNED May 24, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE