**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**MINUTE ORDER – HEARING**

**JUDGE**: Jeffrey L. Cureton
**LAW CLERK**: J. Gillett
**COURT REPORTER**: Electronic recording: Magistrate Courtroom

---

**CASE NO.**: 4:23-CV-609-BJ
**CASE STYLE**: *Cadence Bank, et al. v. Bridgelink Engineering, LLC, et al.*
**DATE HELD**: 05-30-24
**TIME**: 9:30 a.m. – 10:00 a.m.
**TOTAL TIME IN COURT** = 30 minutes

---

**APPEARANCES**:

**PLAINTIFFS' REPRESENTATIVES**: Chuck Pignyolo and Tom Lilly
**COUNSEL FOR PLAINTIFF**: Blake Rasner, David Shaw, Koy Killen, John Leininger, Kevin Schutte, and Marshall Jones

**DEFENDANTS' REPRESENTATIVES: Cord Johnson and Cole Johnson**
**COUNSEL FOR DEFENDANTS**: Devon Decker

**PROCEEDINGS CONDUCTED**:

A motion hearing was held regarding Plaintiffs' Motion for Summary Judgment [doc. 35] and Motion to Strike [doc. 50].

-    The Court took both motions under advisement and will issue a ruling expeditiously.

The hearing concluded.

1