# EXHIBIT E-1

**OTTESON SHAPIRO LLP**
7979 East Tufts Avenue, Suite 1600
Denver, Colorado 80237
(720) 488-0220

Century Bank
1000 South Federal Place
Santa Fe NM 87501

Page: 1
March 31, 2024
Client Number: 3633-002M
Invoice No.: 333575

Attn: Andrew Tetlow, CFO

Re: Bridgelink Engineering, LLC

Via email: Andrew Tetlow- andrew.tetlow@mycenturybank.com
and Thomas Lilly - Tom.Lilly@mycenturybank.com

### For Professional Services Provided Through 03/31/2024

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/01/2024 | JCL | Confer with C. Bissett regarding service of summons and deposition; confer with Cadence counsel regarding ▮▮▮ draft Motion for Summary Judgment. | 4.00 |
| 03/04/2024 | JCL | Analyze motion for sanctions; draft motion for summary judgment. | 3.00 |
| 03/05/2024 | JCL | Draft memorandum on status of case; draft affidavits in support of motion for summary judgment. | 4.50 |
|  | CEO | Followed up on collection efforts with J. Leininger; reviewed memo regarding approach and outcomes. | 0.70 |
|  | CP | Draft Appendix in Support of Motion for Summary Judgment. | 0.20 |
| 03/06/2024 | JCL | Draft memorandum to T. Lilly and J. Brichetto regarding ▮▮▮ | 3.70 |
| 03/07/2024 | CP | File Return of Service for Cody Bissett with the Court. | 0.10 |
|  | JCL | Draft memorandum for motion for summary judgment. | 2.00 |
| 03/08/2024 | JCL | Draft affidavit in support of Motion for Summary Judgment. | 3.50 |
| 03/11/2024 | JCL | Confer with C. Bissett regarding deposition; confer with T. Lilly regarding ▮▮▮ confer with Cadence Bank's counsel regarding ▮▮▮ draft attorneys' fees affidavit. | 4.80 |
| 03/12/2024 | JCL | Draft affidavit in support of attorneys' fees. | 3.80 |

Case 4:23-cv-00609-BJ   Document 74-1   Filed 06/13/24   Page 3 of 10   PageID 2776

Page: 2
March 31, 2024
Client Number: 3633-002M
Invoice No.: 333575

CenturyBank

Re: Bridgelink Engineering, LLC

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 03/14/2024 | CP | Arrange for court reporting services for the depositions of C. Bissett and S. Cherry. | 0.10 | |
| 03/15/2024 | JCL | Analyze affidavit from C. Poindexter; confer with T. Lilly regarding ▮▮▮; draft outline for C. Bissett deposition. | 4.80 | |
| 03/18/2024 | JCL | Attend and participate in deposition of Cody Bissett; draft outline for S. Cherry deposition. | 8.00 | |
|  | KTS | Prepare for Susan Cherry Depo; review documents and outline. | 1.70 | |
| 03/19/2024 | KTS | Prepare for and take Susan Cherry Depo. | 6.20 | |
| 03/20/2024 | KTS | Conferences re: Cherry depo and review notes and documents; focus on MSJ strategy. | 1.30 | |
| 03/22/2024 | CP | Bates number Motion for Summary Judgment Exhibits A through A-8 as APP. 001-276. | 0.10 | |
|  | JCL | Draft motion for summary judgment. | 2.50 | |
| 03/25/2024 | JCL | Confer with Cadence counsel regarding ▮▮▮ | 0.80 | |
| 03/26/2024 | JCL | Redact billing statements. | 1.80 | |
| 03/28/2024 | JCL | Finalize motion for summary judgment. | 2.70 | |
| 03/29/2024 | KTS | Receive and review Cody Bissett depo transcript; attention to claims against Cadence. | 1.00 | |
|  |  | **Total Current Fees Through 03/31/2024** | 61.60 | 32,128.00 |

Century Bank

Page: 3
March 31, 2024
Client Number: 3633-002M
Invoice No.: 333575

Re: Bridgelink Engineering, LLC

### Recap of Fees

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Christian E. Otteson | 0.70 | $650.00 | $455.00 |
| Courtney Poteete | 0.50 | 230.00 | 115.00 |
| Kevin T. Schutte | 10.20 | 550.00 | 5,610.00 |
| John C. Leininger | 49.90 | 520.00 | 25,948.00 |

### Advanced Costs

| Date | Description | Amount |
|---|---|---|
| 03/02/2024 | Special Delivery Service, Inc. - rush service of process fee on Cody Bissett | 423.94 |
| 03/05/2024 | Veritext Corporate Services, LLC for deposition / transcript services for Cole Johnson | 508.00 |
| 03/07/2024 | Veritext Corporate Services, LLC - deposition transcript services | 508.00 |
| 03/29/2024 | Veritext Corporate Services, LLC - transcript services for depositions for Cody Bissett | 1,646.00 |

**Total Advanced Costs**  3,085.94

**TOTAL CURRENT WORK**  35,213.94

**Previous Balance**  $28,516.80

### Payments

| Date | Description | Amount |
|---|---|---|
| 03/13/2024 | Thank you for your payment via ACH | -28,516.80 |

**Balance Due**  $35,213.94

For proper credit, please note invoice number(s) on your remittance.

Tax Identification No.: 84-1593987

**ACH PAYMENT INSTRUCTIONS**
Routing No. 107006428  Operating Acct No. 1010004456

**WIRE PAYMENT INSTRUCTIONS**
Any bank wire fees are the responsibility of the sender.
FORTIS PRIVATE BANK  1550 17th St.  Ste 100   Denver, CO 80202
Routing No. 107006428  Operating Acct No. 1010004456

For ACH / Wire payments, remittance details should be sent to amenghini@os.law

Century Bank

Page: 1
April 30, 2024
Client Number: 3633-002M
Invoice No.: 333859

Re: Bridgelink Engineering, LLC

**OTTESON SHAPIRO LLP**
**7979 East Tufts Avenue, Suite 1600**
**Denver, Colorado  80237**
**(720) 488-0220**

Century Bank
1000 South Federal Place
Santa Fe  NM  87501

Page: 1
April 30, 2024
Client Number: 3633-002M
Invoice No.: 333859

Attn: Andrew Tetlow, CFO

Re: Bridgelink Engineering, LLC

*Via email: Andrew Tetlow- andrew.tetlow@mycenturybank.com*
*and Thomas Lilly -  Tom.Lilly@mycenturybank.com*

**For Professional Services Provided Through 04/30/2024**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/2024 | JCL | Attention to Motion for Summary Judgment. | 2.50 |
| 04/08/2024 | CEO | Worked on litigation memo for Bridgelink; discussions regarding same. | 1.70 |
| 04/15/2024 | JCL | Draft correspondence to T. Lilly regarding summary judgment in Houston interpleader action and fraudulent transfer litigation. | 0.90 |
| 04/16/2024 | KTS | Receive and review documents re: Bridgelink from Keith Miller; attention to COA. | 1.00 |
| 04/18/2024 | CEO | Call with A Tetlow regarding Bridgelink. | 1.50 |
| | JCL | Confer with Landspark's counsel regarding receivership hearing; confer with Cadence's counsel regarding receivership hearing; attend Board of Directors call to discuss ▮▮▮▮▮▮▮▮ | 2.50 |
| 04/19/2024 | JCL | Attended hearing on Motion to Appoint Receiver in state court; conferred with T. Lilly regarding ▮▮▮▮ | 6.00 |
| 04/22/2024 | JCL | Analyze Landspark loan documents and priority to Employer Retention Credits. | 3.50 |
| 04/23/2024 | JCL | Analyzed objection to Motion for Summary Judgement; conferred with Cadence counsel regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ analyzed Temporary Restraining Order from state court. | 3.80 |

Case 4:23-cv-00609-BJ   Document 74-1   Filed 06/13/24   Page 6 of 10   PageID 2779

CenturyBank
Page: 2
April 30, 2024
Client Number: 3633-002M
Invoice No.: 333859

Re: Bridgelink Engineering, LLC

|  |  |  |  |
|---|---|---|---|
|  | KTS | Receive and review Defendants' Response to MSJ; conferences w/ counsel re: objections and reply; attention to reply arguments; conferences and attention to Defendants' Motion for Leave. | 1.00 |
| 04/24/2024 | JCL | Drafted correspondence to T. Lilly regarding ▮▮▮▮▮ | 1.20 |
|  | KTS | Attention to Defendants' Motion for Leave; Conferences re: same. | 0.80 |
| 04/26/2024 | JCL | Analyze Reply Brief in support of Motion for Summary Judgement; draft Reply Brief. | 1.50 |
|  | KTS | Review and edit reply to MSJ; attention to objections. | 1.20 |
| 04/29/2024 | JCL | Confer with Cadence counsel regarding ▮▮▮▮▮ | 1.50 |
|  | KTS | Attention to Reply and conferences re: same. | 1.30 |

**Total Current Fees Through 04/30/2024**        31.90        17,163.00

### Recap of Fees

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Christian E. Otteson | 3.20 | $650.00 | $2,080.00 |
| Kevin T. Schutte | 5.30 | 550.00 | 2,915.00 |
| John C. Leininger | 23.40 | 520.00 | 12,168.00 |

### Advanced Costs

| Date | Description | Amount |
|---|---|---|
| 04/04/2024 | Special Delivery Service, Inc. - delivery to Judge Cureton's Chambers | 65.48 |
| 04/07/2024 | Veritext Corporate Services, LLC for transcript services / deposition for Susan Cherry | 1,470.20 |
| 04/24/2024 | John Leininger for parking costs / Fort Worth | 25.01 |
|  | **Total Advanced Costs** | 1,560.69 |

**TOTAL CURRENT WORK**        18,723.69

**Previous Balance**        $35,213.94

### Payments

| 04/18/2024 | Thank you for your payment via ACH | -35,213.94 |

**Balance Due**        $18,723.69

Case 4:23-cv-00609-BJ   Document 74-1   Filed 06/13/24   Page 7 of 10   PageID 2780

Century Bank

Page: 3
April 30, 2024
Client Number:      3633-002M
Invoice No.:           333859

Re: Bridgelink Engineering, LLC

For proper credit, please note invoice number(s) on your remittance.

Tax Identification No.: 84-1593987

**ACH PAYMENT INSTRUCTIONS**
Routing No. 107006428  Operating Acct No. 1010004456

**WIRE PAYMENT INSTRUCTIONS**
Any bank wire fees are the responsibility of the sender.
FORTIS PRIVATE BANK  1550 17th St.  Ste 100   Denver, CO 80202
Routing No. 107006428  Operating Acct No. 1010004456

For ACH / Wire payments, remittance details should be sent to amenghini@os.law

**OTTESON SHAPIRO LLP**
7979 East Tufts Avenue, Suite 1600
Denver, Colorado 80237
(720) 488-0220

Century Bank
1000 South Federal Place
Santa Fe  NM  87501

Attn: Andrew Tetlow, CFO

Page: 1
May 31, 2024
Client Number:   3633-002M
Invoice No.:   334122

Re: Bridgelink Engineering, LLC

*Via email: Andrew Tetlow- andrew.tetlow@mycenturybank.com*
*and Thomas Lilly - Tom.Lilly@mycenturybank.com*

**For Professional Services Provided Through 05/31/2024**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/01/2024 | JCL | Confer with G. Jones regarding ▮▮▮▮; analyze release language in Johnson brothers' guarantee agreement in light of evidence supplied by Cadence Bank. | 3.00 |
| 05/02/2024 | KTS | Receive and review show cause order for Defendants; conferences re: same. | 0.50 |
| | JCL | Analyze court's order to show cause regarding response to Motion for Summary Judgment; confer with T. Lilly regarding ▮▮▮▮. | 0.80 |
| 05/03/2024 | JCL | Confer with Lendspark's counsel regarding hearing on appointment of a receiver; confer with Cadence's counsel regarding same; draft reply in support of Motion for Summary Judgment; draft correspondence to T. Lilly and J. Brichetto regarding receivership hearing. | 3.00 |
| | CP | Receive Order to Show Cause and update calendar with deadline. | 0.10 |
| 05/04/2024 | KTS | Receive and review Defendants' filing. | 0.50 |
| 05/06/2024 | JCL | Confer with Cadence counsel regarding ▮▮▮▮; draft correspondence to T. Lilly and J. Brichetto regarding ▮▮▮▮; draft reply in support of motion for summary judgment. | 3.50 |
| | CP | Receive Defendants' Amended Brief and Appendix in Response to Motion for Summary Judgment and calendar Reply deadline. | 0.10 |
| 05/09/2024 | JCL | Confer with Cadence's counsel regarding ▮▮▮▮; analyze B. Rasner declaration. | 0.80 |
| 05/10/2024 | KTS | Review Motion to Strike and MSJ Reply; attention to complaint against Cadence. | 1.30 |

Re: Bridgelink Engineering, LLC

| Date | Atty | Description | Hours |
|---|---|---|---|
| | JCL | Analyze local rules regarding proposed order on motion for summary judgment; confer with Lendspark's counsel regarding injunction and personal property collateral. | 0.50 |
| 05/13/2024 | CP | Receive Order requiring defendants to file a response to Plaintiff's Motion to Strike and the Court's Order to Show Cause and calendar deadline. | 0.10 |
| | KTS | Receive and review order from court re: sur-reply and show cause. | 0.50 |
| 05/21/2024 | JCL | Analyze Defendants' disclosures and discovery responses; confer with Cadence's counsel regarding same; draft correspondence to T. Lilly regarding ▮ | 2.50 |
| | KTS | Receive and review discovery responses. | 0.50 |
| 05/22/2024 | JCL | Confer with Cadence counsel regarding ▮ analyze responses filed by defendants; outline response and confer with court regarding response to pleading by plaintiffs. | 3.80 |
| | KTS | Conferences w/ JCL ▮ review cases from JCL; receive and review Sur-Reply and conferences re: same. | 1.20 |
| 05/23/2024 | JCL | Analyze third amendment to loan agreement; analyze section 9.3 of the guaranty agreement; analyze case law on summary judgment burdens; confer with Cadence counsel regarding ▮ draft correspondence to t. Lilly and J. Brichetto regarding ▮ | 4.00 |
| 05/24/2024 | CP | Receive Order Setting Hearing and calendar same. | 0.10 |
| | JCL | Analyze court order scheduling hearings on motion to strike and motion for summary judgment; confer with Cadence counsel regarding order. | 1.80 |
| 05/28/2024 | JCL | Confer with K. Schutte regarding ▮ analyze insurance documents regarding claim related to Bridgelink loan. | 1.80 |
| 05/29/2024 | JCL | Attention to EOG interpleader recovery; confer with P. Morgan regarding ▮ confer with K. Schutte and Cadence counsel regarding ▮ prepare for hearings on same. | 6.80 |
| 05/30/2024 | KTS | Attend MSJ and Motion to Strike Hearing; conferences re: same; receive and review order granting Motion for Summary Judgment. | 3.20 |
| | JCL | Confer with T. Lilly prior to ▮ attend hearings on motion to strike and motion for summary judgment; confer with Cadence counsel following hearings on same; meet with T. Lilly following hearing; analyze court order on motion for summary judgment. | 4.80 |
| | | **Total Current Fees Through 05/31/2024** | 45.20   23,619.00 |

Re: Bridgelink Engineering, LLC

### Recap of Fees

| Time Summary | Hours | Rate | Value |
|---|---|---|---|
| Courtney Poteete | 0.40 | $230.00 | $92.00 |
| Kevin T. Schutte | 7.70 | 550.00 | 4,235.00 |
| John C. Leininger | 37.10 | 520.00 | 19,292.00 |

### Advanced Costs

| | | |
|---|---|---|
| 05/30/2024 | John Leininger parking fee to attend hearing on Motion to Strike and Motion for Summary Judgment. | 13.83 |
| | **Total Advanced Costs** | 13.83 |
| | **TOTAL CURRENT WORK** | 23,632.83 |
| | **Previous Balance** | $18,723.69 |

### Payments

| | | |
|---|---|---|
| 05/15/2024 | Thank you for your payment via ACH. | -18,723.69 |
| | **Balance Due** | $23,632.83 |

For proper credit, please note invoice number(s) on your remittance.

Tax Identification No.: 84-1593987

**ACH PAYMENT INSTRUCTIONS**
Routing No. 107006428  Operating Acct No. 1010004456

**WIRE PAYMENT INSTRUCTIONS**
Any bank wire fees are the responsibility of the sender.
FORTIS PRIVATE BANK  1550 17th St.  Ste 100   Denver, CO 80202
Routing No. 107006428  Operating Acct No. 1010004456

For ACH / Wire payments, remittance details should be sent to
amenghini@os.law