IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a | § | |
| BANCORPSOUTH BANK and | § | |
| CENTURY BANK, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No 4:23-CV-00609-P |
| | § | |
| BRIDGELINK ENGINEERING, LLC, | § | |
| COLE WAYNE JOHNSON, CORD | § | |
| HENRY JOHNSON, BIGHORN | § | |
| CONSTRUCTION AND RECLAMATION, | § | |
| L.L.C., BIGHORN SAND & GRAVEL | § | |
| LLC, BIGHORN INVESTMENTS AND | § | |
| PROPERTIES, LLC | § | |
| | § | |
| Defendants. | § | |

## ABSTRACT OF JUDGMENT

In the above styled and numbered cause, a judgment was entered in this Court, on the 17th day of June, 2024, in favor of CADENCE BANK f/k/a BANCORPSOUTH BANK, and CENTURY BANK (the "Plaintiffs") against CORD HENRY JOHNSON in the sum of **$39,825,693.39** with an interest rate of **5.17%** per annum from the 17th day of June, 2024.

No credits have been reflected by returns on execution.

The address of the defendants shown in this suit in which the judgment was rendered

Cord Henry Johnson:  680 McClendon Walker Rd., Aledo, TX 76008

Defendant was served, and or appeared, in this suit in which said judgment was rendered.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of this _____ day of _____, 2024.

KAREN MITCHELL, CLERK

By: _____

_____

Deputy Clerk