IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No 4:23-CV-00609-P |
| BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC | § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFF CADENCE BANK'S AND CENTURY BANK'S OBJECTION TO DEFENDANTS' MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Cadence Bank, f/k/a BancorpSouth Bank ("Cadence") and Century Bank ("Century") (collectively the "Plaintiffs") and files this, its Objection and Response to Defendants' Motion for New Trial (the "Motion"), and respectfully represents to the Court as follows:

1. Defendants' Motion has an unclear legal basis, as it refers broadly to Fed. R. Civ. P. 59; however, because this case was decided on Summary Judgment, Rule 59(a) is inapplicable.

2. Defendants' Motion should be denied because (1) Defendants' arguments are simply a rehash of the arguments, responses, and replies made in response to Plaintiffs' Motion for Summary Judgment; (2) Defendants' Motion places an improper burden on Plaintiffs to produce

PLAINTIFFS' OBJECTION AND RESPONSE TO
DEFENDANTS' MOTION FOR NEW TRIAL                                                Page **1** of 3

evidence negating Defendants' affirmative defenses; and (3) Plaintiff presents no new evidence and simply relies upon the evidence in the summary judgment record that was objected to as being untimely disclosed.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that Defendants' Motion for New Trial be denied.

Respectfully submitted,

**HALEY & OLSON, P.C.**

By:   */s/ Blake Rasner*
     Blake Rasner
     Texas Bar No. 16555700
     brasner@haleyolson.com
     David Shaw
     Texas Bar No. 24084641
     dshaw@haleyolson.com
     Marshall Grant Jones
     Texas Bar No. 24131891
     Grant.jones@haleyolson.com

     100 N. Ritchie Rd., Suite 200
     Waco, Texas 76712
     Telephone: (254) 776-3336

**ATTORNEYS FOR CADENCE BANK**

*and*

**OTTESON SHAPIRO LLP**

John C. Leininger
Texas Bar No. 24007544
jcl@os.law

4851 Lyndon B. Johnson Freeway, Suite 650
Dallas, Texas 75204
Telephone: (214) 619-8325

**ATTORNEY FOR CENTURY BANK**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of July, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        By:   */s/ Blake Rasner*
                                Blake Rasner