IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK F/K/A BANCORPSOUTH BANK AND CENTURY BANK, | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CIVIL ACTION NO 4:23-CV-00609(BJ) |
| BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC | § § § § § § § § § | |
| DEFENDANTS. | § § | |

## JOINT REPORT REGARDING APPOINTMENT OF SUBSTITUTE RECEIVER

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order Regarding Resignation and Substitution of Receivers (ECF No. 290), the Judgment Creditors and Judgment Debtors jointly report as follows:

1.    The Parties agree that the following candidates are *qualified*[1] to serve as the Receiver in this case:

   a.    Mr. Andrew R. Korn (CV previously attached as ECF No. 283-1);

   b.    Mr. Seymour Roberts, Jr. (CV and publications attached hereto as Exhibit A);

   c.    Mr. Lars Berg (CV Attached hereto as Exhibit B).

---

[1] The Parties agree that all three named individuals have adequate credentials and experience, under applicable law and the Court's Order [ECF 290], to serve as the court-appointed receiver in this matter.

JOINT REPORT REGARDING APPOINTMENT OF SUBSTITUTE RECEIVER                                  PAGE 1

2.      All three of the above-named individuals have indicated a willingness to serve as Receiver in this matter if appointed by the Court. However, the Parties have *not* been able to agree upon a candidate.[2]

3.      The billing rates each candidate would charge are as follows:

      a.      Mr. Korn indicated he would accept the position at a rate of $695/hr.;

      b.      Mr. Berg has indicated he would accept the position at a rate of $750/hr.; and

      c.      Mr. Roberts indicated he would serve at a rate of $500/hr..

Because the Order requires Judgment Creditors to pay for the appointed receiver and his respective counsel (if any), Judgment Creditors request that the rate for each candidate be taken into consideration. Judgment Debtors do not object to any of these hourly rates but note that Mr. Roberts has indicated he would likely retain Mr. Korn as his outside counsel, at Mr. Korn's above-referenced hourly rate; Mr. Berg has indicated that he does not anticipate retaining outside counsel but would want to have the authority to, if necessary.

Dated: January 22, 2026

Respectfully Submitted,

*/s/ David A. Skeels*
David A. Skeels
State Bar No. 24041925
Email: DSkeels@whitakerchalk.com
Direct line: 817-878-0573

Robert A. Simon
State Bar No. 18390000
Email: rsimon@whitakerchalk.com
Direct line: 817-878-0543

**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Suite 3500

---

[2] If the Court intends to set a hearing soon for any reason, Defendants' undersigned counsel will be travelling out of state Jan. 22-23 (Arkansas), Jan. 29-30 (Shreveport, LA), Feb. 2-4 (Chattanooga, TN), and Feb. 6 (Los Angeles, CA), and is therefore unavailable to appear in person on any of those dates.

Fort Worth, Texas  76102
817.878.0500 Telephone
817.878.0501 Facsimile
**Counsel for Defendants/Judgment Debtors**


**HALEY & OLSON, P.C.**

By:    _/s/ Blake Rasner_____
Blake Rasner
Texas Bar No. 16555700
brasner@haleyolson.com
David Shaw
Texas Bar No. 24084641
dshaw@haleyolson.com
Marshall Grant Jones
Texas Bar No. 24131891
Grant.jones@haleyolson.com
Rick R. Bradley
Texas Bar No. 24059479
rbradley@haleyolson.com

100 N. Ritchie Rd., Suite 200
Waco, Texas 76712
Telephone:  (254) 776-3336

**ATTORNEYS FOR CADENCE BANK**

and

**OTTESON SHAPIRO LLP**

John C. Leininger
Texas Bar No. 24007544
jcl@os.law

4851 Lyndon B. Johnson Freeway, Suite 650
Dallas, Texas 75204
Telephone:  (214) 619-8325

**ATTORNEY FOR CENTURY BANK**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 22nd day of January 2026, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by means of the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure.

*/s/ Blake Rasner*
Blake Rasner
