Docusign Envelope ID: 0119D985-A06A-408F-BB10-9FCFB21DC1BB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CADENCE BANK f/k/a BANCORPSOUTH BANK and CENTURY BANK,<br><br>　　Plaintiffs,<br><br>v.<br><br>BRIDGELINK ENGINEERING, LLC, COLE WAYNE JOHNSON, CORD HENRY JOHNSON, BIGHORN CONSTRUCTION AND RECLAMATION, L.L.C., BIGHORN SAND & GRAVEL LLC, BIGHORN INVESTMENTS AND PROPERTIES, LLC<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No 4:23-CV-00609-P |

## DECLARATION OF CORD H. JOHNSON
## REGARDING MONTHLY ACCOUNTING

I, Cord H. Johnson, hereby declare under penalty of perjury, pursuant to the laws of the

United States of America:

1.　　My name is Cord H. Johnson.  I am over the age of 18 years.  I live in Parker

County, Texas.  Except as otherwise stated, I have personal knowledge of the facts stated in this

Declaration and such facts are true and correct.

I am one of the Judgment Debtors in the above-reference action.  Pursuant to the terms of the Amended Order Granting Application for Appointment of Receiver [Dkt. 243] (the "Amended Order"), I execute this Declaration, through my counsel, file a copy with the Court, and provide a copy to the Court-appointed Receivers and to their counsel.  Back-up documentation for this Declaration will be not filed on a website with public access, but it will be provided contemporaneously herewith to the Receivers or will be provided to the Receiver as soon as such documentation can be collected and compiled.  For the month of February 2026, pursuant to the Amended Order, I provide the information show below.  I provide this information in a good faith effort to comply with the Court's Amended

Receivership Order ("Order"), which states that Tex. Bus. Orgs. Code Section 101.112 governs. Additionally, as a Judgment Debtor, I maintain my objections to the Order, including to its seemingly inconsistent directives as relates to non-judgment-debtor entities and to documents related to such entities, and including, in particular, my Thirteenth Amendment objection to the Accounting Affidavit and its scope. *See* Defendants' legal arguments and authorities: Dkt. 234 (Emergency Motion to Modify Receivership Order), 239 (Reply in Support), and 242 (Joint Report Regarding Motion), incorporated here by reference.

**(a) The amount of income/money received by the Judgment-Debtors during the previous month from all sources (excluding Social Security), and copies of supporting documentary back-up;**

ANSWER:

All JDEs have no operations and have not produced income for several years.

- Bridgelink Engineering, LLC $0.00
- Bighorn Investments and Properties LLC $0.00
- Bighorn Sand and Gravel, LLC $0.00
- Cord Johnson $15,000.00

**(b) The amount of income/money received the previous month from all sources for all entities that the Judgment-Debtors own or control (including, without limitation, the Non-Judgment Debtor Entities), or have an interest in, and copies of supporting documentary back-up;**

ANSWER:

**The total amount of funds that have been received for February 2026 are listed below. If there is no amount listed that means that there is no money that has been received.**

No Judgment Debtor received any money in February.

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC                    $1,518,238.78
9. Bitech Technologies Corp LLC

10. Bimergen Energy Corporation. (This is a public company, not owned or controlled by Judgment Debtors. The Judgment Debtor indirectly own a minority interest through other non-judgment debtor entities).
11. Emergen Energy LLC
12. Johnson River Ranch LLC
13. Bridgelink Renewable Energy Investment LLC
14. Bridgelink Renewable Energy Development LLC
15. Bridgelink Renewable Energy Investments II LLC
16. Red Leaf Power LLC
17. Red Leaf Investments LLC.                                    Total additions $93,264.60
(Red Leaf Investments is an asset-based development company. The money received was not income. This was either borrowed money or came from the sale of an asset).
18. Bridgelink Renewable Energy Development II LLC
19. Bridgelink Europe LTD.
20. Intermountain Electric Services Inc.
21. RLI
22. RLI Holding LLC
23. Binary Capital LLC
24. The Henry Revocable Trust
25. Bridgelink Power Holdings LLC
26. Triangle 40 Ranch, LLC
27. Bridgelink Power LLC
28. Bridgelink Power Operating LLC
29. New Standard Living LLC                                        $5.00
30. Bridgelink Development LLC
31. Redbird Solar LLC
32. Wildfire Solar LLC
33. Friendship Solar LLC
34. Lady Bird Solar LLC
35. Longhorn Solar LLC
36. Pecan Solar LLC
37. Prickly Pear LLC
38. Yellow Rose Solar LLC
39. Bright Light Solar LLC
40. Old Hickory Solar LLC
41. BT Sotterra Solar LLC
42. Neal Solar LLC
43. Rockefeller Solar LLC
44. Armadillo Solar LLC
45. Cottonmouth Solar LLC
46. Stark Battery LLC
47. Bridgelink Cave Springs LLC
48. Switchgrass Solar LLC
49. Panther Solar LLC
50. Skeeter Solar LLC

**(c) All obligations of the Judgment-Debtors that were paid by a third-party, and copies of supporting documentary back-up;**

ANSWER:

JDEs are non-income producing entities, and I did not have any income. I live at my homestead Granbury, Texas. I drive a leased vehicle provided by Red Leaf Investments LLC, payments for this vehicle are made as part of my compensation.

My wife pays our cellphone bills.
My wife pays our health insurance.
Red Leaf Investments make the lease payments on my vehicle.  Red Leaf Power pays for the gasoline and car maintenance with a credit card.
My wife pays for groceries and any incidental expenses.
My wife pays school tuition for our daughter.
I own a horse.  Red Leaf Power, LLC pay the veterinary expenses.
My gym membership and country club membership are paid by Red Leaf Power, LLC.

**(d) All obligations of the Non-Judgment Debtor Entities that were paid by a third-party, and copies of supporting documentary back-up;**

ANSWER:

To the best of my knowledge, none.

**(e) All gifts made to the Judgment-Debtors with a value in excess of $500.00, and the Judgment-Debtor's good faith estimation of their value;**

ANSWER:

None.

**(f) All gifts made to the Non-Judgment Debtor Entities, and Judgment-Debtors' good faith estimation of the value;**

ANSWER:

None.

**(g) Account statements from every account that belong to each Judgment-Debtor, including without limitation, bank accounts, brokerage accounts, and retirement accounts;**

ANSWER:

- Bridgelink Engineering LLC– All documents/accounts have been produced
- Bighorn Investments and Properties LLC- All documents/accounts have been produced
- Bighorn Sand and Gravel LLC- All documents/accounts have been produced
- Cord Johnson All documents/accounts have been produced.

**(h) Account statements from every account of Judgment-Debtors and the Non-Judgment Debtor Entities, including, without limitation, bank accounts, brokerage accounts, and retirement accounts;**

ANSWER:

- Bridgelink Engineering LLC– All documents/accounts have been produced
- Bighorn Investments and Properties LLC- All documents/accounts have been produced
- Bighorn Sand and Gravel LLC- All documents/accounts have been produced
- Cord Johnson - All documents/accounts have been produced.
- Triangle 40 Ranched accounts are subject to the automatic stay and need not be produced.
- Bimergen Energy, Inc., is public company and its account records do not belong to a Judgment Debtor and are not under the control of a Judgment Debtor.
- Accounts statement for Non-Judgement Debtor limited liability companies are protected by Texas Business Organizations Code Section 101.112, but they will be produced to the Receivers under a protective order or confidentiality agreement.

**(i)  The expenses of the Judgment-Debtors which individually exceed $250.00 that the Judgment-Debtor paid the previous month, and copies supporting documentary back-up;**

ANSWER:

None.

**(j)  The expenses of Judgment-Debtors that individually exceed $250.00 that were paid by a third party (and the identification of the third-party) the previous month, and copies of supporting documentary back-up;**

ANSWER:

None.

**The expenses that were paid by Judgment-Debtors and the Non-Judgment Debtor Entities during the previous month, and copies of supporting documentary back-up;**

ANSWER:

Docusign Envelope ID: 0119D985-A06A-408F-BB10-9FCFB21DC1BB

**The Judgment Debtors own some interest in the following entities.**

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC
9. Bitech Technologies Corp LLC
10. Bimergen Energy Corporation.  (This is a public company, not owned or controlled by Judgment Debtors.  The Judgment Debtor indirectly own a minority interest through other non-judgment debtor entities).
11. Emergen Energy LLC
12. Johnson River Ranch LLC
13. Bridgelink Renewable Energy Investment LLC
14. Bridgelink Renewable Energy Development LLC
15. Bridgelink Renewable Energy Investments II LLC
16. Red Leaf Power LLC
17. Red Leaf Investments LLC.
18. Bridgelink Renewable Energy Development II LLC
19. Bridgelink Europe LTD.
20. Intermountain Electric Services Inc.
21. RLI
22. RLI Holding LLC
23. Binary Capital LLC
24. The Henry Revocable Trust
25. Bridgelink Power Holdings LLC
26. Triangle 40 Ranch, LLC
27. Bridgelink Power LLC
28. Bridgelink Power Operating LLC
29. New Standard Living LLC
30. Bridgelink Development LLC
31. Redbird Solar LLC
32. Wildfire Solar LLC
33. Friendship Solar LLC
34. Lady Bird Solar LLC
35. Longhorn Solar LLC
36. Pecan Solar LLC
37. Prickly Pear LLC
38. Yellow Rose Solar LLC

39. Bright Light Solar LLC
40. Old Hickory Solar LLC
41. BT Sotterra Solar LLC
42. Neal Solar LLC
43. Rockefeller Solar LLC
44. Armadillo Solar LLC
45. Cottonmouth Solar LLC
46. Stark Battery LLC
47. Bridgelink Cave Springs LLC
48. Switchgrass Solar LLC
49. Panther Solar LLC
50. Skeeter Solar LLC

The Judgment-Debtors only directly own six entities, which have been disclosed to the Receivers. Those entities paid no expenses in February 2026. Most of the non-judgment debtor entities are inactive and have no income or expenses. Red Leaf Investments, Red Leaf Power, Johnson River Ranch, and Energy Independent Partners are active entities, though they are not directly owned by the Judgment-Debtors. Their ordinary business expenses are too numerous to list in a Declaration.

Subject to the prior statement, Red Leaf Investments, LLC paid approximately $146,478.08 in expenses in February 2026.

Additionally, New Standard Living, LLC paid approximately $5.00 in expenses in February 2026.

**(k) The expenses of Judgment-Debtors and the Non-Judgment Debtor Entities that were paid by third parties during the previous month, the identification of the third party, and supporting documentary back-up for these expenses and payments;**

ANSWER:

No payments by third parties on behalf of entities owned or controlled by the Judgment-Debtors have been made on behalf of the Judgment-Debtors.

**(l) All credit card and debit card statements from the Judgment-Debtors;**

ANSWER:

- Bridgelink Engineering LLC– No Credit or Debit Card Exist

- Bighorn Investments and Properties LLC- No Credit or Debit Card Exist
- Bighorn Sand and Gravel LLC- No Credit or Debit Card Exist
- Cord Johnson – No Debit Card exists. I believe I have a Credit Card in my name for $2000. I previously forgot about this card and failed to disclose it.

**(m)All credit card and debit card statements from Judgment-Debtors and the Non-Judgment Debtor Entities;**

ANSWER:

- Bridgelink Engineering LLC– No Credit or Debit Card Exist
- Bighorn Investments and Properties LLC- No Credit or Debit Card Exist
- Bighorn Sand and Gravel LLC- No Credit or Debit Card Exist
- Cord Johnson –I believe I have a Credit Card in my name for $2000. I will produce the statement if I have not already.

**(n) A list of the Non-Judgment Debtor Entities;**

ANSWER:

1. Orion Trust
2. Evergreen Royalty Group LLC
3. Enhanced Midstream
4. Bridgelink Commodities
5. Bridgelink Investments LLC
6. Bridgelink Development LLC
7. C&C Johnson Holdings LLC
8. Energy Independent Partners LLC
9. Bitech Technologies Corp LLC
10. Bimergen Energy Corporation. (This is a public company, not owned or controlled by Judgment Debtors. The Judgment Debtor indirectly own a minority interest through other non-judgment debtor entities).
11. Emergen Energy LLC
12. Johnson River Ranch LLC
13. Bridgelink Renewable Energy Investment LLC
14. Bridgelink Renewable Energy Development LLC
15. Bridgelink Renewable Energy Investments II LLC
16. Red Leaf Power LLC
17. Red Leaf Investments LLC.
18. Bridgelink Renewable Energy Development II LLC
19. Bridgelink Europe LTD.
20. Intermountain Electric Services Inc.
21. RLI
22. RLI Holding LLC

23. Binary Capital LLC
24. The Henry Revocable Trust
25. Bridgelink Power Holdings LLC
26. Triangle 40 Ranch, LLC
27. Bridgelink Power LLC
28. Bridgelink Power Operating LLC
29. New Standard Living LLC
30. Bridgelink Development LLC
31. Redbird Solar LLC
32. Wildfire Solar LLC
33. Friendship Solar LLC
34. Lady Bird Solar LLC
35. Longhorn Solar LLC
36. Pecan Solar LLC
37. Prickly Pear LLC
38. Yellow Rose Solar LLC
39. Bright Light Solar LLC
40. Old Hickory Solar LLC
41. BT Sotterra Solar LLC
42. Neal Solar LLC
43. Rockefeller Solar LLC
44. Armadillo Solar LLC
45. Cottonmouth Solar LLC
46. Stark Battery LLC
47. Bridgelink Cave Springs LLC
48. Switchgrass Solar LLC
49. Panther Solar LLC
50. Skeeter Solar LLC

> **(o) The amount of money the Judgment-Debtor paid to the receiver the previous month, and copies of the supporting documentary back-up; and**
>
> ANSWER:
>
> None.
>
> **(p) An affirmative statement from the Judgment-Debtors that they each have complied with this Order for the previous month.**
>
> ANSWER:

The Judgment Debtors affirm that they have complied with the Court's Amended Order for the reporting period covered by this Declaration.

Judgment Debtors, Bridgelink Engineering, LLC, Bighorn Sand & Gravel, LLC, and Bighorn Investments & Properties, LLC, had no activities during February 2026. Bighorn Construction & Reclamation, LLC is a Chapter 7 debtor in bankruptcy.

The Declarant said nothing more.

Signed by:

*Cord H. Johnson*

2EC0AD4092F949B...

Cord H. Johnson
Tarrant County, Texas
March 9, 2026